# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

_____
                                          )

| | |
|---|---|
| JOSE PINEDA, JOSE MONTENEGRO, MARCO LOPEZ, and JOSE HERNANDEZ on behalf of themselves and all others similarly situated, | ) ) ) ) |
| | )    C.A. No. 1:16-cv-12217 |
| Plaintiffs | ) |
| | ) |
| v. | ) |
| | ) |
| SKINNER SERVICES, INC. d/b/a SKINNER DEMOLITION, THOMAS SKINNER, DAVID SKINNER, ELBER DINIZ and SANDRO SANTOS | ) ) ) |
| | ) |
| Defendants. | ) |

_____)

## DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given, pursuant to Rule 4 of the Federal Rules of Appellate Procedure, that Defendants Skinner Services, Inc. and Thomas Skinner appeal to the United States Court of Appeals for the First Circuit from the United States District Court for the District of Massachusetts' (Saylor, J.) November 14, 2018 ruling issued on the record on Plaintiffs' Motion for Civil Contempt [Document 215] and December 10, 2018 Order Concerning Sanctions for Defendants' Contempt of Court (Saylor, J.) [Documents 233 and 233-1].

Respectfully submitted,

**SKINNER SERVICES, INC., and
THOMAS SKINNER,**
By their attorneys,

/s/ Michael B. Cole
Gregory J. Aceto (BBO# 558556)
aceto@acetolegal.com
Michael B. Cole (BBO# 679596)
mcole@acetolegal.com
**ACETO, BONNER & COLE, P.C.**
One Liberty Square, Suite 410
Boston, MA  02109
(617) 728-0888

Dated:  December 17, 2018

**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the court's electronic filing system or by mail to anyone not able to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

/s/ Michael B. Cole
Michael B. Cole (BBO# 679596)
mcole@acetolegal.com
**ACETO, BONNER & COLE, P.C.**
One Liberty Square, Suite 410
Boston, MA  02109
(617) 728-0888