# United States Court of Appeals
## For the First Circuit

No. 18-2251

JOSE PINEDA, on behalf of himself and all others similarly situated; JOSE MONTENEGRO, on behalf of himself and all others similarly situated; MARCO LOPEZ, on behalf of himself and all others similarly situated; JOSE HERNANDEZ, on behalf of himself and all others similarly situated,

Plaintiffs - Appellees,

v.

SKINNER SERVICES, INC., d/b/a Skinner Demolition; THOMAS SKINNER,

Defendants - Appellants,

DAVID SKINNER; ELBER DINIZ; SANDRO SANTOS,

Defendants.

Before

Lynch, Kayatta and Barron,
<u>Circuit Judges</u>.

**JUDGMENT**

Entered: December 9, 2020

After carefully considering the motion papers and the record on appeal, the motion to dismiss is <u>granted</u>, and the appeal is <u>dismissed</u>.

Civil contempt orders against parties are not generally appealable before final judgment. <u>See</u> <u>Appeal of Licht & Semonoff</u>, 796 F.2d 564, 568-69 (1st Cir. 1986). Although Appellants mention cases where interlocutory appeals have been allowed and cases describing exceptions to the general rule, they do not show that the specific facts of their case satisfy all the requirements for any exception to the final judgment rule.

The appeal is <u>dismissed</u>. <u>See</u> 1st Cir. Loc. R. 27.0(c).

By the Court:

Maria R. Hamilton, Clerk

cc:
Alexander Sugerman-Brozan
Gregory J. Aceto
Nicole Hera Horberg Decter
Nathan P. Goldstein
Jasper Jacob Groner
Paige Walker McKissock
Michael Brandon Cole
Ian Philip Gillespie
Carey Shockey