# United States Court of Appeals
## For the First Circuit

No. 18-2251

JOSE PINEDA, on behalf of himself and all others similarly situated; JOSE MONTENEGRO, on behalf of himself and all others similarly situated; MARCO LOPEZ, on behalf of himself and all others similarly situated; JOSE HERNANDEZ, on behalf of himself and all others similarly situated

Plaintiffs - Appellees

v.

SKINNER SERVICES, INC., d/b/a Skinner Demolition; THOMAS SKINNER

Defendants - Appellants

DAVID SKINNER; ELBER DINIZ; SANDRO SANTOS

Defendants

**MANDATE**

Entered: December 30, 2020

In accordance with the judgment of December 9, 2020, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Gregory J. Aceto
Michael Brandon Cole
Ian Philip Gillespie
Nathan P. Goldstein
Jasper Jacob Groner
Nicole Hera Horberg Decter
Paige Walker McKissock
Alexander Sugerman-Brozan