# United States Court of Appeals
## For the First Circuit

Nos. 20-1097
20-1141

JOSE PINEDA, on behalf of himself and all others similarly situated;
JOSE MONTENEGRO, on behalf of himself and all others similarly situated;
MARCO LOPEZ, on behalf of himself and all others similarly situated; JOSE
HERNANDEZ, on behalf of himself and all others similarly situated

Plaintiffs - Appellees

v.

SKINNER SERVICES, INC., d/b/a Skinner Demolition; THOMAS SKINNER;
DAVID SKINNER; ELBER DINIZ; SANDRO SANTOS

Defendants - Appellants

**MANDATE**

Entered: January 20, 2022

In accordance with the judgment of December 30, 2021, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.

By the Court:

Maria R. Hamilton, Clerk

cc:
Gregory J. Aceto
Michael Brandon Cole
Ian Philip Gillespie
Nathan P. Goldstein
Jasper Jacob Groner
Nicole Hera Horberg Decter
Paige Walker McKissock
Carey Shockey