## AFFIDAVIT OF SCOTT SIMPSON

I, Scott Simpson, being duly sworn, do hereby depose and state as follows:

1. I am one of the principals of Optime Administration, LLC ("Optime"), a firm that provides notice and claims administration services for class actions. Optime has experience in all areas of settlement administration, including providing notice to class members, processing claim forms, and distributing settlement proceeds to class members.

2. Optime is the settlement administrator in this case and has been responsible for carrying out the terms of the parties' settlement agreement with respect to distributing and following up on undeliverable or returned notices and collecting exclusion forms and objections. Following settlement approval, Optime will also be responsible for distributing the proceeds of the settlement fund to the class members.

3. I submit this affidavit to inform the parties and the Court about the settlement administration activities completed to date in this case.

4. Optime issued notice to 120 settlement class members in this matter by first-class mail on May 3, 2022. When notices have come back as undeliverable, Optime has attempted to locate updated contact information for those individuals using a people-finding database called Intelius. To my knowledge, Intelius is the best resource available for researching updated address information. When Optime has been able to locate updated contact information through that means, it has promptly sent the notice to the new address by first-class mail. Optime also worked with Class Counsel in ascertaining updated addresses for the class.

5. Of the 120 class members to whom Optime sent notice and who are eligible to participate in this settlement, 6 notices were returned, in which updated addresses were located

and the notice packet was immediately resent. Optime received 17 notices returned that updated addresses could not be found through public records.

      6.     Since the initial mailing, Optime has not received any requests for exclusion from the settlement.

      7.     Optime has not received any objections to the settlement.

Signed on June 13, 2022, under the pains and penalties of perjury.

*/s/ Scott S.*

_____
Scott Simpson
Optime Administration, LLC