UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JOSE PINEDA, JOSE MONTENEGRO, MARCO LOPEZ, and JOSE HERNANDEZ on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> SKINNER SERVICES, INC. d/b/a SKINNER DEMOLITION, THOMAS SKINNER, DAVID SKINNER, ELBER DINIZ, and SANDRO SANTOS <br><br> Defendants, | C.A. No. 1:16-cv-12217 |

## ORDER OF FINAL APPROVAL OF SETTLEMENT AGREEMENT

Upon Plaintiffs' Assented-To Motion for Final Settlement Approval, and upon consideration thereof, this Court finds that the notice process and Settlement Agreement are fair, reasonable, and adequate.

Therefore, this Court orders the following:

1. The Court grants final approval of the Settlement Agreement (Dkt. No. 526-1).

2. The Court dismisses this action with prejudice and without costs.

IT IS SO ORDERED.

/s/ F. Dennis Saylor, IV
Honorable F. Dennis Saylor IV
United States District Judge

Dated: 7/14/2022